# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., <br><br> Defendant. | Civil Action No. 1:22-cv-03511 |

## JOINT STIPULATION AND ORDER TO EXTEND PROPOSED DEADLINES

WHEREAS, Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") and Defendant Alkem Laboratories Ltd. ("Alkem") filed a Report of the Parties Planning Meeting on October 7, 2022 (Dkt. 17).

WHEREAS, the deadline for the parties to submit proposed modifications to the Protective Order is October 24, 2022.

WHEREAS, the deadline for the parties to submit a proposed joint e-discovery plan is October 24, 2022.

WHEREAS, the parties request a seven day extension to these proposed deadlines to submit proposed modifications to the protective order and submit a proposed e-discovery plan.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for the parties to submit proposed modifications to the Protective Order and submit a proposed joint e-discovery plan shall be extended by seven days to October 31, 2022.

Dated: October 24, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ John Martin* | */s/ Zaiba Baig* |
| John C. Martin | Manish K. Mehta (IL Bar No. 6290204) |
| **SUGAR FELSENTHAL GRAIS & HELSINGER LLP** | Zaiba Baig (IL Bar No. 6302334) |
| 30 N. LaSalle Street, Suite 3100 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| Chicago, IL 60602 | 71 South Wacker Drive, Suite 1600 |
| Tel: (312) 704-9400 | Chicago, IL 60606 |
| jmartin@sfgh.com | Tel: (312) 212-4949 |
| | mmehta@beneschlaw.com |
| Of Counsel: | zbaig@beneschlaw.com |
| Edgar H. Haug | Michael S. Weinstein (*pro hac vice*) |
| Nicholas F. Giove | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| Richard F. Kurz | |
| **HAUG PARTNERS LLP** | 200 Public Square, Suite 2300 |
| 745 Fifth Avenue | Cleveland, OH 44114 |
| New York, NY 10151 | Tel: (216) 363-6228 |
| Tel: (212) 588-0800 | mweinstein@beneschlaw.com |
| ehaug@haugpartners.com | |
| ngiove@haugpartners.com | *Attorneys for Defendant Alkem Laboratories Ltd.* |
| rkurz@haugpartners.com | |

*Attorneys for Plaintiff*
*Supernus Pharmaceuticals, Inc.*

**SO ORDERED** this ___ day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE
ELAINE E. BUCKLO

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 24, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Zaiba Baig*
                                                Zaiba Baig (IL Bar No. 6302334)

                                                *Attorney for Defendant Alkem*
                                                *Laboratories Ltd.*