UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., <br><br> Defendant. | Civil Action No. 1:22-cv-03511 |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES**

WHEREAS, Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") and Defendant Alkem Laboratories Ltd. ("Alkem") met and conferred on December 12, 2022 regarding an extension to certain Local Patent Rule deadlines.

WHEREAS, the deadline for Defendant Alkem to serve its LPR 2.3 Initial Non-Infringement, Unenforceability, and Invalidity Contentions and LPR 2.4 Document Production is currently December 19, 2022.

WHEREAS, the deadline for Plaintiff Supernus' LPR 2.5 Initial Response to Alkem's LPR 2.3 Contentions is currently January 16, 2023.

WHEREAS, the parties request that the deadlines be extended pursuant to the below chart.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Alkem to serve its LPR 2.3 Initial Non-Infringement, Unenforceability, and Invalidity Contentions and LPR 2.4 Document Production | Dec. 19, 2022 | Jan. 9, 2023 |
| Supernus' LPR 2.5 Initial Response to Alkem's LPR 2.3 Contentions | Jan. 16, 2023 | Feb. 16, 2023 |

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Defendant Alkem to serve its LPR 2.3 Initial Non-Infringement, Unenforceability, and Invalidity Contentions and LPR 2.4 Document Production is extended to January 9, 2023, and the deadline for Plaintiff Supernus' LPR 2.5 Initial Response to Alkem's LPR 2.3 Contentions is extended to February 16, 2023.

Dated: December 14, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ John C. Martin* | */s/ Michael S. Weinstein* |
| John C. Martin | Manish K. Mehta (IL Bar No. 6290204) |
| **SUGAR FELSENTHAL GRAIS & HELSINGER LLP** | Zaiba Baig (IL Bar No. 6302334) |
| | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| 30 N. LaSalle Street, Suite 3100 | 71 South Wacker Drive, Suite 1600 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| Tel: (312) 704-9400 | Tel: (312) 212-4949 |
| jmartin@sfgh.com | mmehta@beneschlaw.com |
| | zbaig@beneschlaw.com |
| Of Counsel: | |
| | Michael S. Weinstein (*pro hac vice*) |
| Edgar H. Haug | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| Nicholas F. Giove | |
| Richard F. Kurz | 200 Public Square, Suite 2300 |
| **HAUG PARTNERS LLP** | Cleveland, OH 44114 |
| 745 Fifth Avenue | Tel: (216) 363-6228 |
| New York, NY 10151 | mweinstein@beneschlaw.com |
| Tel: (212) 588-0800 | |
| ehaug@haugpartners.com | *Attorneys for Defendant Alkem Laboratories Ltd.* |
| ngiove@haugpartners.com | |
| rkurz@haugpartners.com | |
| | |
| *Attorneys for Plaintiff Supernus Pharmaceuticals, Inc.* | |

2

**SO ORDERED** this ___ day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE
ELAINE E. BUCKLO

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                            */s/ Michael S. Weinstein*
                                                            Michael S. Weinstein (*PHV*)

                                                            *Attorney for Defendant Alkem Laboratories Ltd.*